No. 99–349. CRENSHAW v. BAYNERD ET AL. C. A. 7th Cir. Certiorari denied. ▮

No. 99–354. THERESA v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 99–355. WENZEL v. INTERNATIONAL BUSINESS MACHINES CORP. C. A. 7th Cir. Certiorari denied. ▮

No. 99–360. BROWN ET AL. v. PACIFIC BELL DIRECTORY. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 99–363. ROBI v. REED ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 99–426. LUKACS v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.; and
No. 99–429. LUKACS v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied. Reported below: 178 F. 3d 1284.

No. 99–440. LaGRUA ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 99–482. ZORA ENTERPRISES, INC., ET AL. v. TOWN OF MARION ET AL. App. Ct. Mass. Certiorari denied. ▮

No. 99–5003. POLK v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 99–5287. RIOS ROMERO v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. ▮

No. 99–5295. BRAMBLETT v. VIRGINIA. Sup. Ct. Va. Certiorari denied. ▮

No. 99–5353. WHEAT v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–5355. HEDRICK v. VIRGINIA. Sup. Ct. Va. Certiorari denied. ▮